Steven V. Richert
**FEDERAL DEFENDERS OF IDAHO**
757 North 7th Ave.
Pocatello, ID   83201
Telephone:   (208) 478-2046
FAX: (208) 478-6698


Attorneys for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR-17-328-BLW |
| | ) | |
| vs. | ) | **MOTION FOR PRETRIAL RELEASE** |
| | ) | **AND REQUEST FOR HEARING** |
| **TRAVIS NEWBOLD,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


      **COMES NOW**, Travis Newbold, by and through counsel, and respectfully moves the Court pursuant 18 U.S.C. §3142 for review of his pretrial release status.   Defendant waived detention at his initial appearance, and the Court entered its Order of Detention on January 24, 2018.   Defendant requests the Court to review his pretrial release status and requests a hearing in this matter.

      Defendant waived detention in part, because of a state detention issue that was pending.  Defendant believed that by waiving his detention hearing would result in a speedy resolution of his state ordered custody.   As of this date, the state concern has yet to be resolved.

Motion to For Pretrial Release

Defendant seeks release to assist in resolving his state custodial circumstances.   In addition, Defendant is an independent job contractor and currently has jobs that need to be completed.   Mr. Newbold seeks to be released on pre-trial release so that he can resolve this state matter as well as return to work to complete jobs that have yet to be completed. Defendant respectfully requests that the Court review his pretrial release status and requests a hearing in this matter.

**DATED** this 20th day of February, 2018.

By:_____/s/_____
Steven V. Richert

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Michael.Fica@usdoj.gov

_____/s/_____
Steven V. Richert

Motion to For Pretrial Release