IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:17-CR-328-BLW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| TRAVIS M. NEWBOLD, | |
| Defendant. | |

The defendant has filed a motion to suppress. The motion seeks to suppress numerous items that form the basis for the charges in this case. Accordingly, the motion must be resolved before trial and there is excludable time between the date of its filing and a reasonable time for its prompt resolution. See 18 U.S.C. §3161(h)(1)(D); *United States v. Tinklenberg*, 131 S.Ct. 2007 (2011).

Trial is presently set for June 4, 2018. But the briefing on the motion to suppress will not be completed until after that date. The Court could hold a hearing on the motion on July 12, 2018, and render a decision shortly thereafter. That would mean moving the trial date to August 6, 2018. The Court finds that this is a reasonable time to hear and resolve the motion. The Court also recognizes that the Government may argue that no hearing is necessary, and the Court will

Order - 1

resolve that issue prior to the hearing date

The Court finds that the period of delay between the filing of the motion to suppress (docket no. 20) on May 24, 2018, and the resolution of the motion, is excludable time under 18 U.S.C. § 3161(h)(1)(D). Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date of June 4, 2018, is VACATED, and that a new trial date be set for **August 6, 2018, at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the pretrial conference shall be held on **July 26, 2018, at 4:00 p.m.** by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that all pretrial motions shall be filed on or before **July 6, 2018.**

IT IS FURTHER ORDERED, that the period of time between the filing date of the motion to dismiss (docket no. 20), May 24, 2018, and the resolution of the motion within a prompt time is excludable time under 18 U.S.C. § 3161(h)(1)(D).

IT IS FURTHER ORDERED, that a hearing shall be held on the motion to suppress on **July 12, 2018, at 1:30 p.m.** before Judge Winmill in the Federal Courthouse in Pocatello, Idaho.

**Order - 2**

DATED: **May 25, 2018**



B. LYNN WINMILL  
Chief Judge  
United States District Court