UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>TRAVIS M. NEWBOLD,<br><br>　　Defendant. | Case No. 4:17-CR-00328-BLW<br><br>ORDER ALLOWING HOSPITAL VISIT BY DETAINED PERSON |

　　This matter came before the Court on the 19th day of July, 2018, pursuant to the Defendant's Second Motion for Release from Custody (Dkt. 26), and subsequent email request by defense counsel.  The Court having considered the pleadings and record on file, and noting the objection from the Assistant U.S. Attorney to the release of Defendant from custody (Dkt. 29), grants the Defendant's modified request for a hospital visit by Defendant, under custodial supervision of the U.S. Marshal Service, to the hospital where his father, F.N., is in critical condition. The allowed visit of Defendant shall be conducted consistent with the policies and procedures of the U.S. Marshal Service for a visit by a detained person to a relative in danger of immediate harm or death.

　　IT IS HEREBY ORDERED, AND THIS DOES ORDER, that Defendant be allowed a visit to his father at Portneuf Medical Center in Pocatello, Idaho, at a

ORDER ALLOWING HOSPITAL VISIT BY DETAINED PERSON - 1

time and under the conditions provided by the policies and procedures of the U.S. Marshal Service.

DATED: July 19, 2018

_____
Candy W. Dale
United States Magistrate Judge

ORDER ALLOWING HOSPITAL VISIT BY DETAINED PERSON - 2