BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYAN WHEAT, IDAHO STATE BAR NO. 9091
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN AVE SUITE 192
POCATELLO, ID 83201
TELEPHONE: (208) 478-4166
FACSIMILE:  (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS M. NEWBOLD,<br><br>Defendant. | Case No. CR-17-328-E-BLW<br><br>**TRIAL MEMORANDUM** |

The United States, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Special Assistant United States Attorney for the District of Idaho, hereby submit the following trial memorandum:

### STATUS OF CASE

This case is set for jury trial on October 15, 2018, before the Honorable B. Lynn Winmill, Chief U.S. District Court Judge, at Pocatello, Idaho.  The defendant, Travis M. Newbold, is charged in the Second Superseding Indictment with three counts:

Count One:  Conspiracy to Import a Controlled Substance under 21 U.S.C. §§ 952, 960, and 846;

TRIAL MEMORANDUM - 1                                                                                                                    June 2013

Count Two:  Importation of a Controlled Substance under 21 U.S.C. §§ 952 and 960, and 18 U.S.C. § 2; and

Count Three:  Possession with Intent to Distribute a Controlled Substance under 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

The Government is represented by Special Assistant United States Attorney Bryan Wheat.  The defendant is represented by Steve Richert.

The Government intends to call fourteen witnesses in its case-in-chief.  The Government expects that the trial will take approximately three (3) days.  The exact nature of the defendant's case is unknown to the Government.

## LAW OF THE CASE

COUNT ONE

The defendant is charged in Count One of the Indictment with Conspiracy to Import a Controlled Substance under 21 U.S.C. §§ 952, 960, and 846.  In order for the defendant to be found guilty of this charge, the Government must prove the following elements beyond a reasonable doubt:

First, beginning in or about March, 2017, through in or about October 2017, there was an agreement between two or more persons to import a controlled substance into the United States; and

Second, the defendant joined in the agreement knowing of its purpose and intending to help accomplish that purpose.

COUNT TWO

The defendant is charged in Count Two with Importation of a Controlled Substance under 21 U.S.C. §§ 952 and 960, and 18 U.S.C. § 2.  In order for the defendant to be found guilty of this charge, the Government must prove the following elements beyond a reasonable doubt.

First, the defendant knowingly brought anabolic steroids into the United States from a place outside the United States; and

Second, the defendant knew the substance he was bringing into the United States was anabolic steroids or some other kind of prohibited drug.

COUNT THREE

The defendant is charged in Count Three with Possession with Intent to Distribute a Controlled Substance under 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.  In order for the defendant to be found guilty of this charge, the Government must prove the following elements beyond a reasonable doubt.

First, the defendant knowingly possessed anabolic steroids; and

Second, the defendant possessed them with the intent to distribute them to another person.

**FACTS**

Travis Newbold accepted delivery of a package of anabolic steroids in Pocatello, Idaho, on October 25, 2017.  United States Customs and Border Patrol had intercepted the package at the air mail center in San Francisco, California.  The package was addressed to "Travis" at 551 W. Pine St. in Pocatello, Idaho, and shipped from Shenzhen, China.  Investigators confirmed that Travis Newbold lived at that address.

The package contained 496 grams of methandienone and 989 grams of oxymetholone. Both are anabolic steroids, and schedule III controlled substances.

Investigators from the Department of Homeland Security, U.S. Postal Service Investigations, and Pocatello Police Department coordinated a controlled delivery of the package to Newbold. They sent Newbold a delivery slip for the package. The delivery slip notified Newbold of the package's arrival, and required a signature at the post office. Newbold went to the post office, signed for and accepted the package, and was arrested while leaving the post office with the package.

Investigators executed a search warrant on Newbold's home that same day. They located a large safe in one of the bedrooms. The safe contained two driver's licenses for Newbold, and a prescription bottle for Newbold.

Additionally, the safe contained more anabolic steroids and paraphernalia. The anabolic steroids were found in various forms and compositions including powders, oils and liquids. Some were contained in vials used for injectables. The safe also contained recipes for making anabolic steroids, approximately 1,000 empty pill capsules, approximately 150 empty small glass vials and rubber stoppers, and other paraphernalia.

Newbold was interviewed after being arrested. Newbold said that he had a pen pal in China from whom he used to order steroids in the past. He claimed that she would send him packages and ask him to forward the packages. He said that he had no idea what was in the packages. He also admitted to ordering small amounts of liquid testosterone through the mail.

Investigators searched Newbold's phone. They found conversations with someone named "Amy." Over several months, Amy and Newbold discuss a business being developed by Amy, called "Alliance Raws Pharmacy." The two discussed previous orders by Newbold, the

illegal nature of Amy's business, and other packages. Amy asked Newbold to forward other packages for her.

## THE GOVERNMENT'S EVIDENCE

STIPULATIONS

Defense counsel has stipulated that the cell phone evidence to be presented came from a phone held in evidence. There is no stipulation regarding whether the phone belonged to Newbold. The Government will lay that foundation at trial.

*Witnesses*

The Government intends to call the following witnesses:

SA Andy Robertson, Homeland Security Investigations

Detective Nick Edwards, Pocatello Police Department

Matthew Wong, Customs and Border Patrol

Jonathan Dumke, Drug Enforcement Administration chemist

Brian Harris, Pocatello Police Department

Lance Lewis, Idaho Department of Corrections

Nathan Diekemper, Pocatello Police Department

Scott Hellstrom, Idaho State Police Forensic Services chemist

James Wheeler, AKA "Ox."

Aida Carrillo, Pocatello Police Department

Michael Shelton, Bannock County Sheriff's Office

Darin SolmoN, U.S. Postal Inspection Service

Marcel Korvela, U.S. Postal Inspection Service

Clara Sutherland

EVIDENCE

The Government intends to produce the following items of evidence at the trial:

- Photographs of the search warrant at Newbold's home
- Photographs of the package seized from Newbold
- Physical evidence, including drugs seized, packaging materials, documents, and paraphernalia from Newbold's home
- Records of communications from Newbold's phone
- Jail phone calls including Newbold
- A recorded custodial interview of Newbold by Detective Nick Edwards and Special Agent Andy Robertson
- A vial of oily liquid that Newbold admitted to be "testosterone" in August 2017
- The seized package, as well as delivery slips

## OTHER ISSUES

The defense filed a Motion in Limine regarding a prior conviction for distribution of steroids, and facts relating to Newbold being on probation. The parties are awaiting disposition on the Motion.

Respectfully submitted this 10th day of October, 2018.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


/s/  Bryan Wheat _____
BRYAN WHEAT
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2018, the foregoing **TRIAL MEMORANDUM** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| Steve Richert<br>Steve.Richert@fd.org | United States Mail, postage prepaid<br>fax<br>xx  ECF filing<br>email |
|---|---|

/s/  Pamela Groves _____
Legal Assistant