Steven V. Richert ISB #2432
**FEDERAL DEFENDER SERVICES OF IDAHO**
757 N. 7th Ave.
Pocatello, ID   83201
Telephone:  (208) 478-2046
FAX: (208) 478-6698
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR17-328-BLW |
| | ) | |
| vs. | ) | **NOTICE OF APPEAL** |
| | ) | |
| TRAVIS NEWBOLD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      NOTICE is hereby given that Defendant, Travis Newbold, appeals to the United States Court of Appeals for the Ninth Circuit the final Judgment entered in this prosecution on the 10th day of January, 2019, the Honorable B. Lynn Winmill, District Judge, presiding.

      Defendant is incarcerated, does not have the financial means to hire an attorney or pay any fees which may be assessed for the filing of this appeal.  Defendant appeared before the District Court with court appointed counsel.  Defendant's financial status warrants appointment of counsel on appeal.  The Federal Defender Services of Idaho represented Defendant before the District Court and, provided the appointment is justified, will continue to represent Defendant upon appeal.

**NOTICE OF APPEAL**
Page 1

Assistant Special U.S. Attorney Bryan Wheat, 801 E. Sherman, Suite 192, Pocatello, Idaho 83201, represented the United States in these proceedings.

DATED this 16th day of January, 2019.

FEDERAL DEFENDER SERVICES OF IDAHO

By: /s/_____
Steven V. Richert

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Bryan.Wheat@usdoj.gov

__/s/_____
Steven V. Richert